185 F.3d 1075 (9th Cir. 1999)
 Burlington Northern and Santa Fe Railway Company; Santa Fe Railway Company, Plaintiffs-Appellees,
v.
International Brotherhood of Teamsters Local 174, an unincorporated association; Robert A. Hasegawa, an individual; Eric Smith, Defendants-Appellants.
 No. 97-35859
 United States Court of Appeals, Ninth Circuit.
 August 27, 1999
 
 Before: Hug, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrehearing regular active judges of this court[1], it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Burlington Northern Sante Fe Railway Co. v. Teamsters Local 174, 170 F.3d 897 (9th Cir. 1999), is withdrawn.
 
 
 
 NOTE:
 
 
 [1]
 Judge Wardlaw was recused.